# United States District Court

__Eastern__ DISTRICT OF __California__

FILED APR 27 2005 U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA CLERK

UNITED STATES OF AMERICA

V

__Gabino Salas, JR__
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number __MJ F05-39 TAG__

IT IS ORDERED that the release of the defendant is subject to the following conditions

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case

(2) The defendant shall immediately advice the court, defense counsel and the U S attorney in writing of any change in address and telephone number

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed  The defendant shall next appear at (if blank, to be notified) __US District Court 1130 O Street, Fresno__ on __4-29-05 at 11:00__ Before __Magistrate Judge Beck.__

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed

(Dft is ordered to appear)

SALAS, Gavino, Jr.          **ADDITIONAL CONDITIONS OF RELEASE**
Docket No. 05-0039M

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below

(X)   (6)   The defendant is placed in the custody of

Name of person or organization   Rutila Salas & Gavino Salas, Sr
Address                XXXXXXXXXXXX
City and State   XXXXXXXXXXXX   Telephone Number XXXXXX

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears

SIGNED _____          SIGNED _____
         CUSTODIAN OR PROXY                        CUSTODIAN OR PROXY

(X)   (7)   The defendant shall
      (X)   (a)   maintain or actively seek employment, and provide proof thereof to the PSO, upon request
      ( )   (b)   maintain or commence an educational program
      (X)   (c)   abide by the following restrictions on his personal associations, place of abode or travel
                  Reside at a residence approved by Pretrial Services and not move or be absent from this residence without prior approval of PSO, travel restricted to Fresno, Tulare, Kings and Kern counties, unless otherwise approved in advance by PSO
      (X)   (d)   avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses
                  Fidel Carrizoza, David Figueroa, Tomas Carrizoza, Jose Elias Marquez Leanos, James Salinas, Ana Vidal, and Bernardo Gonzalez, unless in the presence of counsel or otherwise approved in advance by the PSO
      (X)   (e)   report on a regular basis to the following agency
                  Pretrial Services and comply with their rules and regulations
      ( )   (f)   comply with the following curfew
      ( )   (g)   refrain from possessing a firearm, destructive device or other dangerous weapon
      (X)   (h)   refrain from ANY use or possession of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner
      (X)   (i)   undergo medical or psychiatric treatment and/or remain in an institution, as follows Including treatment for drug/alcohol dependency, as approved by the PSO
      ( )   (j)   executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property
      ( )   (k)   post with the court the following indicia or ownership of the above-described property or the following amount or percentage of the above-described money
      ( )   (l)   execute a bail bond with solvent sureties in the amount of $
      ( )   (m)   return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s)
      ( )   (n)   surrender any passport to the Clerk United States District Court
      ( )   (o)   obtain no passport during the pendency of this case
      (X)   (p)   report in person to the Pretrial Services Agency on the first working day following your release from custody
      (X)   (q)   participate in one of the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system
                     (X)  (ii) **Home Detention**  You are restricted to your residence at all times except for employment, education, religious services or mental health treatment, attorney visits, court appearances, court-ordered obligations,
      (X)   (r)   submit to drug and/or alcohol testing as directed by the Pretrial Services Officer,
      (X)   (s)   be personally responsible for the cost of your participation in the electronic monitoring program and pay the monthly fee as instructed by the Pretrial Services Agency,
      (X)   (t)   submit to the search of your person, property, residence, and vehicle by the Pretrial Services Officer, and any other law enforcement officer under the immediate and personal supervision of the Pretrial Services Officer, without a search warrant

(Copies to  Defendant US Attorney US Marshal Pretrial Services)

Cabino OR CO
Salas,
05-39

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U S C §3148, and a prosecution for contempt as provided in 18 U S C §401 which could result in a possible term of imprisonment or a fine

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony, or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself

18 U S C §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court, 18 U S C §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation, 18 U S C §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant, and 18 U S C §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so

It is a criminal offense under 18 U S C §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both,
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both,
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both,
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense In addition, a failure to appear may result in the forfeiture of any bail posted

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed I am aware of the penalties and sanctions set forth above

X _____
Signature of Defendant

_____
Address

_____
City and State          Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody

Date 4/27/05        _____
                    Signature of Judicial Officer

_____
Name and Title of Judicial Officer